UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WARREN E. BELL,<br><br>                    Plaintiff,<br><br>    v.<br><br>SOUTH CORRECTIONAL ENTITY, *et al*.,<br><br>                    Defendants. | CASE NO. C14-0677-RSM<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT |

    The Court, having reviewed plaintiff's complaint, defendants' motion for summary judgment, plaintiff's cross-motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendants' motion for summary judgment (Dkt. 16) is GRANTED and plaintiff's cross-motion for summary judgment (Dkt. 21) is DENIED;

    (3)    Plaintiff's complaint and this action are DISMISSED with prejudice; and

/ / /

/ / /

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE - 1

(4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 12th day of December 2014.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

MOTION FOR SUMMARY JUDGMENT
PAGE - 2